IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARD OF TRUSTEES OF OHIO
LABORERS' FRINGE BENEFIT
PROGRAMS,

     Plaintiff,

  v.

CHRIS STASCHIAK, et al.,

     Defendants.

Case No. 15-cv-2588
Judge Gregory L. Frost

## SCHEDULING ORDER

The Court sets the following deadlines and hearing dates:

(1) Any Motions to amend the pleadings or to join additional parties shall be filed by July 1, 2016.

(2) Dispositive motions shall be filed by December 1, 2016.

(3) A non-oral hearing on all dispositive motions is scheduled for January 17, 2017.

    /s/ Gregory L. Frost
    Gregory L. Frost
    United States District Judge